# Third District Court of Appeal
## State of Florida

Opinion filed March 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0003
Lower Tribunal No. F99-6894B

_____

**William E. Coleman, Jr.,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Andrea Wolfson, Judge.

William E. Coleman, Jr., in proper person.

James Uthmeier, Attorney General, and Daniel Colmenares, Assistant Attorney General, for appellee.

Before FERNANDEZ, LOGUE, and LOBREE, JJ.

PER CURIAM.

Affirmed.